AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

DANTE BENJAMIN HAYWARD,

     Plaintiff,

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER:  CV 423-045

BRIAN MUNDY, et al.,

     Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated March 21, 2023, all of Hayward's claims are dismissed as they name Defendants who are immune or fail to state a claim upon which relief can be granted and do not appear amendable.  Therefore, Plaintiff's Complaint is dismissed and this case stands closed.

Approved by: *Christopher L. Ray*

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

March 21, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*Jamie Sabalza*

*(By) Deputy Clerk*

GAS Rev 10/2020