IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DANTE BENJAMIN HAYWARD, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN MUNDY et al., <br><br> Defendant. | CIVIL ACTION NO.: 4:23-cv-45 |

**O R D E R**

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED** this 2nd day of June, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA